UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| GARY ROBINSON | § | Case No. 18-14213 |
| DORIS ROBINSON | § | |
| | § | |
| Debtors | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

     Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that PETER N. METROU, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

     The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
         219 S. Dearborn Street
         Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 A.M. on March 8, 2019 at:
         Joliet City Hall
         150 West Jefferson Street, 2nd Floor
         Joliet, Illinois 60432

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 2/1/2019                 By: /s/ Peter N. Metrou
                                                            Chapter 7 Trustee

*Peter N. Metrou, Trustee*
*123 W. Washington St.*
*Suite 216*
*Oswego, IL 60543*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE ) | | Chapter 7 |
| ) | | |
| GARY ROBINSON and, ) | | CASE NO. 18-14213 |
| DORIS ROBINSON ) | | |
| Debtor(s). ) | | Hon. Pamela S. Hollis |

To:     See Attached Service List

**TRUSTEE'S CERTIFICATE OF SERVICE FOR**
**NOTICE OF TRUSTEE'S FEE APPLICATION**

**PROOF OF SERVICE**

    I, the undersigned attorney, certify that I served a copy of this Notice upon the person(s) listed above by mailing the same in a properly addressed envelope, postage prepaid, and placed in a U.S. depository in Oswego, Illinois on the 1st day of February, 2019, unless a copy was served electronically which occurs automatically upon the filing of the aforesaid document with the Bankruptcy Clerk of the Court.

                                                      */s/ Peter N. Metrou*
                                                      **Bankruptcy Trustee**

Prepared by:
**PETER N. METROU**
Metrou & Associates, P.C.
123 W. Washington St., Ste. 216
Oswego, Illinois 60543
(630) 551-7171

**Sent via First-Class Mail**

ARC DeKalb LLC
520 E. 22nd St.
Lombard, IL 60148-6110

Castle Orthopaedics Sports Medicine
2111 Ogden Ave.
Aurora, IL 60504-7597

Chase Card Services
Attn: Correspondence Dept
Po Box 15298
Wilmington, DE 19850-5298

CHOICE RECOVERY INC
1550 OLD HENDERSON ROAD
STE 100
COLUMBUS OH 43220-3662

Doris Robinson
304 W. Dearborn St.
Plano, IL 60545-1713

Edward Health Ventures
26185 Network Place
Chicago, IL 60673-1261

First State Bank Mendo
706 Washington St
Mendota, IL 61342-1675

Gary Robinson
304 W. Dearborn St.
Plano, IL 60545-1713

Kohls/Capital One
Kohls Credit
Po Box 3043
Milwaukee, WI 53201-3043

Midwest Orthopaedic Institute
2111 Midlands Ct.
Sycamore, IL 60178-3125

Naperville Radiologists
6910 S Madison Street
Willowbrook, IL 60527-5504

One Advantage LLC
7650 Magna Drive
Belleville, IL 62223-3366

Pathology Assoc Of Aurora LLC
5700 Southwyck Blvd
Toledo, OH 43614-1509

Usaa Savings Bank
Po Box 47504
San Antonio, TX 78265

Wells Fargo Dealer Services
Attn: Bankruptcy
Po Box 19657
Irvine, CA 92623-9657

Receivables Mgmt Partn
2250 E Devon Ave Ste 352
Des Plaines, IL 60018-4521

Rousseau Chiropractic
919 E. Church St.
Sandwich, IL 60548-2215

Rush Copley Hospital
Patient Financial Services
2000 Ogden Ave.
Aurora, IL 60504-7222

Rush Copley Medical Center
2000 Ogden Avenue
Aurora, IL 60504-5893

Rush Copley Orthopedics LLC
PO Box 1418
Aurora, IL 60507-1418

Wells Fargo Jewelry Advantage
Attn: Bankruptcy
Po Box 71118
Charlotte, NC 28272-1118

United Collection Bureau, Inc.
5620 Southwyck Blvd. Suite 206
Toledo, OH 43614-1501

**Sent via ECF**

U.S. Bankruptcy Court
Eastern Division
219 S Dearborn
7th Floor
Chicago, IL 60604-1702

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604-2027

C David Ward
Illini Legal Services Chartered
1234 Douglas Road
Oswego, IL 60543-7918

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In Re: §
§
GARY ROBINSON § Case No. 18-14213
DORIS ROBINSON §
§
Debtors §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | |
|---|---:|
| The Final Report shows receipts of | $ 13,000.00 |
| and approved disbursements of | $ 67.82 |
| leaving a balance on hand of[1] | $ 12,932.18 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: Peter N. Metrou | $ 2,050.00 | $ 0.00 | $ 2,050.00 |
| Trustee Expenses: Peter N. Metrou | $ 52.00 | $ 0.00 | $ 52.00 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ 2,102.00 |
| Remaining Balance | $ 10,830.18 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 16,432.20 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 65.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | WELLS FARGO BANK, N.A. | $ 14,291.52 | $ 0.00 | $ 9,419.29 |
| 2 | CAPITAL ONE, N.A. | $ 2,140.68 | $ 0.00 | $ 1,410.89 |
| | Total to be paid to timely general unsecured creditors | | $ | 10,830.18 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Peter N. Metrou
Chapter 7 Trustee

*Peter N. Metrou, Trustee*
*123 W. Washington St.*
*Suite 216*
*Oswego, IL 60543*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.