UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| GARY ROBINSON | § | Case No. 18-14213 |
| DORIS ROBINSON | § | |
| | § | |
| Debtors | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Peter N. Metrou, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 3,071.32   Assets Exempt: 70,298.56
*(Without deducting any secured claims)*

Total Distributions to Claimants: 10,830.18   Claims Discharged
Without Payment: 159,419.61

Total Expenses of Administration: 2,169.82

---

3) Total gross receipts of $ 13,000.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 13,000.00  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 73,853.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 2,169.82 | 2,169.82 | 2,169.82 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 95,976.59 | 16,432.20 | 16,432.20 | 10,830.18 |
| **TOTAL DISBURSEMENTS** | $ 169,829.59 | $ 18,602.02 | $ 18,602.02 | $ 13,000.00 |

4) This case was originally filed under chapter 7 on 05/16/2018 . The case was pending for 11 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  04/10/2019            By:/s/Peter N. Metrou, Trustee
                                                   Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 304 W. DEARBORN ST. PLANO IL 60545-0000 KENDALL | 1110-000 | 13,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 13,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | First State Bank Mendo, 706 Washington St Mendota, IL 61342 | | 66,154.00 | NA | NA | 0.00 |
| | Wells Fargo Dealer Services, Attn: Bankruptcy Po Box 19657 Irvine, CA 92623 | | 7,699.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 73,853.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Peter N. Metrou | 2100-000 | NA | 2,050.00 | 2,050.00 | 2,050.00 |
| Peter N. Metrou | 2200-000 | NA | 52.00 | 52.00 | 52.00 |
| Associated Bank | 2600-000 | NA | 67.82 | 67.82 | 67.82 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 2,169.82 | $ 2,169.82 | $ 2,169.82 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA: NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  |  |  | 0.00 | NA | NA | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | ARC DeKalb LLC, 520 E. 22nd St. Lombard, IL 60148 | | 147.54 | NA | NA | 0.00 |
| | Chase Card Services, Attn: Correspondence Dept Po Box 15298 Wilmington, DE 19850 | | 2,619.00 | NA | NA | 0.00 |
| | Edward Health Ventures, 26185 Network Place Chicago, IL 60673-1261 | | 854.30 | NA | NA | 0.00 |
| | Midwest Orthopaedic Institute, 2111 Midlands Ct. Sycamore, IL 60178-3125 | | 2,834.35 | NA | NA | 0.00 |
| | Naperville Radiologists, 6910 S Madison Street Willowbrook, IL 60527 | | 107.11 | NA | NA | 0.00 |
| | Pathology Assoc Of Aurora LLC, 5700 Southwyck Blvd Toledo, OH 43614-1509 | | 125.00 | NA | NA | 0.00 |
| | Receivables Mgmt Partn, 2250 E Devon Ave Ste 352 Des Plaines, IL 60018 | | 1,373.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Rousseau Chiropractic, 919 E. Church St. Sandwich, IL 60548 | | 0.00 | NA | NA | 0.00 |
| | Rush Copley Hospital, Patient Financial Services 2000 Ogden Ave. Aurora, IL 60507 | | 165.00 | NA | NA | 0.00 |
| | Rush Copley Medical Center, 2000 Ogden Avenue Aurora, IL 60504 | | 28,830.89 | NA | NA | 0.00 |
| | Rush Copley Orthopedics LLC, PO Box 1418 Aurora, IL 60507 | | 34,515.40 | NA | NA | 0.00 |
| | Usaa Savings Bank, Po Box 47504 San Antonio, TX 78265 | | 8,393.00 | NA | NA | 0.00 |
| 2 | CAPITAL ONE, N.A. | 7100-000 | 1,923.00 | 2,140.68 | 2,140.68 | 1,410.89 |
| 1 | WELLS FARGO BANK, N.A. | 7100-000 | 14,089.00 | 14,291.52 | 14,291.52 | 9,419.29 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 95,976.59 | $ 16,432.20 | $ 16,432.20 | $ 10,830.18 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 18-14213 | PSH | Judge: | Pamela S. Hollis | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | GARY ROBINSON | | | | Date Filed (f) or Converted (c): | 05/16/2018 (f) |
| | DORIS ROBINSON | | | | 341(a) Meeting Date: | 06/19/2018 |
| For Period Ending: | 04/10/2019 | | | | Claims Bar Date: | 09/20/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 304 W. DEARBORN ST. PLANO IL 60545-0000 KENDALL | 122,000.00 | 25,846.00 | | 13,000.00 | FA |
| 2. 2005 CHEVROLET TAHOE MILEAGE: 126,000 DESCENT SHAPE | 4,575.00 | 4,575.00 | | 0.00 | FA |
| 3. 2002 CHEVROLET SILVERADO MILEAGE: 187,000 RUST EVERYWHERE-MI | 2,775.00 | 2,775.00 | | 0.00 | FA |
| 4. HOUSEHOLD GOODS AND FURNISHINGS. | 150.00 | 0.00 | | 0.00 | FA |
| 5. ELECTRONICS 2 TV'S $100.00-COMPUTER $10.00 | 110.00 | 0.00 | | 0.00 | FA |
| 6. WEARING APPAREL. | 100.00 | 0.00 | | 0.00 | FA |
| 7. CASH | 40.00 | 0.00 | | 0.00 | FA |
| 8. ILLINOIS COMMUNITY CREDIT UNION | 1,000.00 | 0.00 | | 0.00 | FA |
| 9. ILLINOIS COMMUNITY CREDIT UNION -IRS REFUND WAS PUT IN HERE | 333.00 | 0.00 | | 0.00 | FA |
| 10. NESTLE 401(K) SAVINGS PLAN | 31,758.88 | 0.00 | | 0.00 | FA |
| 11. 2017 TAX REFUND WAS RECEIVED AND PUT INTO THE CHECKING ACCO | 2,528.00 | 0.00 | | 0.00 | FA |
| 12. DEBTOR DORIS WAS IN AN AUTOMOBILE ACCIDENT WHERE SHE GOT A T | 0.00 | 0.00 | | 0.00 | FA |
| 13. DEBTOR GARY WAS INJURED AT WORK AND HAS FILED A WORKMAN'S CO | 0.00 | 0.00 | | 0.00 | FA |
| 14. VALUES LISTED ON SCHEDULE B ARE THE DEBTOR'S/DEBTORS' BEST E | 0.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $165,369.88 | $33,196.00 | | $13,000.00 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Research equity in residence.  Motion to settle/compromise filed 7/19/2018.  Submitted TFR to UST on 12/17/18.  Filed NFR and Fee App.

Exhibit 8

Initial Projected Date of Final Report (TFR): 06/07/2019    Current Projected Date of Final Report (TFR): 06/07/2019

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 18-14213 | | Trustee Name: | Peter N. Metrou, Trustee |
| Case Name: | GARY ROBINSON | | Bank Name: | Associated Bank |
| | DORIS ROBINSON | | Account Number/CD#: | XXXXXX1776 |
| | | | | Checking |
| Taxpayer ID No: | XX-XXX2578 | | Blanket Bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 04/10/2019 | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/13/18 | 1 | Gary & Doris Robinson Debtors | Court Approved settlement Settlement on equity in home. | 1110-000 | $13,000.00 | | $13,000.00 |
| 09/10/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $11.22 | $12,988.78 |
| 10/05/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $18.69 | $12,970.09 |
| 11/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $19.28 | $12,950.81 |
| 12/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $18.63 | $12,932.18 |
| 02/14/19 | | Transfer to Acct # xxxxxx0147 | Transfer of Funds | 9999-000 | | $12,932.18 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $13,000.00 | $13,000.00 |
| Less: Bank Transfers/CD's | $0.00 | $12,932.18 |
| Subtotal | $13,000.00 | $67.82 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $13,000.00 | $67.82 |

| | | |
|---|---|---|
| Page Subtotals: | $13,000.00 | $13,000.00 |

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

## FORM 2
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 18-14213 | Trustee Name: Peter N. Metrou, Trustee |
| Case Name: GARY ROBINSON | Bank Name: Axos Bank |
| DORIS ROBINSON | Account Number/CD#: XXXXXX0147 |
| | Checking |
| Taxpayer ID No: XX-XXX2578 | Blanket Bond (per case limit): $1,000,000.00 |
| For Period Ending: 04/10/2019 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/14/19 | | Transfer from Acct # xxxxxx1776 | Transfer of Funds | | 9999-000 | $12,932.18 | | $12,932.18 |
| 03/11/19 | 2001 | Peter N. Metrou<br>123 W. Washington St., Ste 216<br>Oswego, IL 60543 | Distribution | | | | $2,102.00 | $10,830.18 |
| | | Peter N. Metrou | Final distribution creditor account # representing a payment of 100.00 % per court order. | ($2,050.00) | 2100-000 | | | |
| | | Peter N. Metrou | Final distribution creditor account # representing a payment of 100.00 % per court order. | ($52.00) | 2200-000 | | | |
| 03/11/19 | 2002 | WELLS FARGO BANK, N.A.<br>PO BOX 10438, MAC F8235-02F<br>DES MOINES, IA 50306-0438 | Final distribution to claim 1 creditor account # representing a payment of 65.91 % per court order. | | 7100-000 | | $9,419.29 | $1,410.89 |
| 03/11/19 | 2003 | CAPITAL ONE, N.A.<br>C/O BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN, PA19355-0701 | Final distribution to claim 2 creditor account # representing a payment of 65.91 % per court order. | | 7100-000 | | $1,410.89 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $12,932.18 | $12,932.18 |
| Less: Bank Transfers/CD's | $12,932.18 | $0.00 |
| Subtotal | $0.00 | $12,932.18 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $12,932.18 |

Page Subtotals: $12,932.18    $12,932.18

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0147 - Checking | $0.00 | $12,932.18 | $0.00 |
| XXXXXX1776 - Checking | $13,000.00 | $67.82 | $0.00 |
|  | $13,000.00 | $13,000.00 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $13,000.00 |
| Total Gross Receipts: | $13,000.00 |

Page Subtotals: $0.00 $0.00